IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

    Plaintiff,                      No. 2:13-CV-218 KJM EFB PS

    v.

                                  ORDER

JEFFREY WOOD, et al.,

    Defendants.

_____/

On June 17, 2013, this court adopted in part and declined to adopt in part the magistrate judge's findings and recommendations filed February 8, 2013.  ECF No. 4.  On June 19, 2013, plaintiff filed a request for a sixty day extension of time in which to file objections to the findings and recommendations, noting that he had not received the findings and recommendations.

        GOOD CAUSE APPEARING:

        1.  The order of June 17, 2013 is vacated;

        2.  Plaintiff's request for an extension of time, ECF No. 5, is granted; and

        3.  Plaintiff is granted sixty days from the date of this order in which to file objections to the February 8, 2013 findings and recommendations.

        IT IS SO ORDERED.

DATED: June 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

1